# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8663
Fax: 919-861-5555

**DATE:** January 29, 2018

**FROM:** Amir A. Hunter
U.S. Probation Officer

**SUBJECT:** KING, Christopher Bernard
Case No.: 5:15-CR-197-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On March 7, 2016, pursuant to a guilty plea to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Marijuana, Christopher Bernard King appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 5 years probation.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has completed 100 hours of community service. He has been on low intensity supervision since January 2017. His probation is set to expire on March 6, 2021.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and they have objected to our recommendation. Please indicate the court's preference by marking the appropriate selection below.

☒ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____     _1-29-18_
Terrence W. Boyle                                           Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.  Crim. No. 5:15-CR-197-1BO

CHRISTOPHER BERNARD KING

On March 7, 2016, the above named was placed on probation for a period of 60 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller  
Jeffrey L. Keller  
Supervising U.S. Probation Officer

/s/ Amir A. Hunter  
Amir A. Hunter  
U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919.861.8663  
Executed On: January 29, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 29 day of January, 2018.

Terrence W. Boyle  
U.S. District Judge